FLOYD BUCKLEY and JULIA A. BUCKLEY, Respondents, v. THE STATE BANK, CHATHAM, NEW YORK, Appellant.— Order denying motion for change of place of trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.   The record clearly establishes that

the convenience of witnesses will be served by having the trial in Columbia county where the cause of action arose. Hagarty, Carswell, Davis, Adel and Close, JJ., concur.